NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: HELEN KATAKIS,**
*Appellant*

---

2016-1695

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85901018.

---

**JUDGMENT**

---

HENRY JOSEPH CITTONE, Cittone & Chinta LLP, New York, NY, and GREGORY DOLIN, University of Baltimore School of Law, Baltimore, MD, argued for appellant.

MARY BETH WALKER, Office of the Solicitor, U.S. Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KARUSE, CHRISTINA HIEBER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| March 20, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |